# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **TAVIS BARROW,** | : | |
| Plaintiff, | : | Case No.: 3:24-cv-00105-TES-CHW |
| V. | : | |
| **CO FLYNN,** | : | Proceedings Under 42 U.S.C. § 1983 |
| | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |

## ORDER

Plaintiff Tavis Barrow, *pro se*, filed this suit pursuant to 42 U.S.C. § 1983, regarding his incarceration in the Walton County Jail. (Doc. 1). Following screening of Plaintiff's complaint, excessive force claim against Defendant Flynn was allowed to proceed for factual development. (Docs. 7, 10). Defendant Flynn acknowledged service (Doc. 17) and answered Plaintiff's complaint. (Doc. 18).

Pending before the Court are two motions from Plaintiff. In the first motion, Plaintiff requests an extension of time for discovery, in which he appears to request additional time to respond to Defendant's requests for discovery. (Doc. 19). Ordinarily this type of request is handled between the parties, but out of an abundance of caution Plaintiff's motion (Doc. 19) is **GRANTED**. Plaintiff will have a total of 60 days to respond to Defendant's discovery requests. To accommodate this enlarged time, the discovery period is extended until December 8, 2025. Dispositive motions will be due by January 7, 2026.

In the second motion, Plaintiff again moves for court appointed counsel. (Doc. 20). For the reasons previously explained (Doc. 15), Plaintiff's motion (Doc. 20) is **DENIED**.

**SO ORDERED**, this 5th day of September, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge