IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TAVIS BARROW, | : | |
| Plaintiff, | : | Case No.: 3:24-cv-00105-TES-CHW |
| V. | : | |
| CO FLYNN, | : | Proceedings Under 42 U.S.C. § 1983<br>Before the U.S. Magistrate Judge |
| Defendant. | : | |

## ORDER

Plaintiff Tavis Barrow, *pro se*, filed this suit pursuant to 42 U.S.C. § 1983, regarding his incarceration in the Walton County Jail. (Doc. 1). Following screening of Plaintiff's complaint, an excessive force claim against Defendant Flynn was allowed to proceed for factual development. (Docs. 7, 10). Pending before the Court is Plaintiff's motion for discovery responses, in which he complains that he has not received any discovery responses from Defendant. (Doc. 25). Defendant responded to the motion and informed the Court that the responses were originally mailed to an incorrect address but were mailed to the correct address on December 4, 2025. (Doc. 26). Based upon Defendant's response, Plaintiff's motion for discovery responses (Doc. 25) is **DENIED as moot**.

Plaintiff previously requested and received additional time to answer Defendant's discovery requests. (Docs. 19, 23). Plaintiff informed the Court that he will not respond to Defendant's discovery requests because the requests list his name as "Travis Barrow" instead of "Tavis Barrow." (Doc. 27). Plaintiff will not be relieved of his obligation to

1

participate in discovery due to an obvious typographical or scrivener's error. Plaintiff is **DIRECTED** to respond to Defendant's discovery requests within <u>14 days</u> of this Order.

To accommodate these discovery issues, the discovery period is extended until <u>February 2, 2026</u>. Dispositive motions will be due by <u>March 4, 2026</u>.

**SO ORDERED**, this 16th day of December, 2025.

s/ Charles H. Weigle<br>
Charles H. Weigle<br>
United States Magistrate Judge